UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RAYLENE DAWN MUONIO,

                    Plaintiff,

        v.

COMMISSIONER OF SOCIAL
SECURITY,

                    Defendant.

Case No. C25-6104-MLP

ORDER AMENDING THE
SCHEDULING ORDER

Based on Defendant's Motion to Amend the Scheduling Order (dkt. # 13),[1] and that opposing counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including June 22, 2026, to file Defendant's responsive brief; and

- Plaintiff shall have up to and including July 6, 2026, to file an optional reply brief.

---

[1] Defendant's Motion was filed the day before the response brief was due. (*See* dkt. ## 12-13.) Counsel was reminded again last month that the Court's Local Civil Rules require that, absent a true, unforeseen emergency, motions for relief from a deadline must be "filed sufficiently in advance of the deadline to allow the court to rule on the motion prior to the deadline." LCR 7(j); *see* dkt. # 12 at 1 n.1. *Future violations may result in sanctions.*

ORDER AMENDING THE SCHEDULING ORDER
- 1

Dated this 22nd day of May, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER AMENDING THE SCHEDULING ORDER
- 2